UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-3647-CAS(PJWx) | Date | May 22, 2013 |
|---|---|---|---|
| Title | DEBORAH WORTHING WEBB V. WILLIAM ALVIN WEBB, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (In Chambers:) **PLAINTIFF'S REQUEST FOR PROTECTIVE INJUNCTIVE RELIEF**

On May 21, 2013, plaintiff Deborah Worthing Webb, proceeding pro se, filed the instant complaint against defendants William Calvin Webb, California Reconveyance, Chase Bank, Coldwell Banker, Patrick De Carlos, Equity Title, Sandra S. Polin, West Coast Escrow.  Dkt. No. 1.  Plaintiff requests an emergency order requiring defendant William Webb, her spouse, to vacate the real property she allegedly owns in Marina Del Rey, where she has resided since 1998.

What plaintiff appears to seek is a restraining order against her spouse, relief that cannot be granted unless the Court has a proper basis for subject matter jurisdiction over this case.  It appears to the Court that it lacks subject matter jurisdiction because plaintiff advances no federal claims and there is no showing of diversity jurisdiction.  Therefore, the Court must DENY plaintiff's request for injunctive relief.

The Court hereby orders plaintiff to show cause within 14 days why this action should not be dismissed for lack of subject matter jurisdiction.[1]

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |

---

[1] Although this Court appears to lack jurisdiction over this dispute, plaintiff may be able to seek relief in the Los Angeles County Superior Court.