UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV 13-3647 CAS (PJWx) | Date | June 11, 2013 |
|---|---|---|---|
| Title | DEBORAH WORTHING WEBB V. WILLIAM ALVIN WEBB, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants

Not Present   Not Present

**Proceedings:**   **(In Chambers:) ORDER DISMISSING CASE**

On May 21, 2013, plaintiff Deborah Worthing Webb, proceeding pro se, filed the instant complaint against defendants William Calvin Webb, California Reconveyance, Chase Bank, Coldwell Banker, Patrick De Carlos, Equity Title, Sandra S. Polin, West Coast Escrow.  Dkt. No. 1.

On May 22, 2013, the Court denied plaintiff's request for temporary injunctive relief, in the form of a temporary restraining order against her spouse, defendant William Webb.  Dkt. No. 5.  The Court further ordered plaintiff to show cause within fourteen days why this action should not be dismissed for lack of subject matter jurisdiction.  Id.

To date, plaintiff has not responded to the Court's order, and there is no basis for federal jurisdiction apparent from the face of plaintiff's complaint.  Accordingly, the Court hereby DISMISSES this case for lack of subject matter jurisdiction.[1]

IT IS SO ORDERED.

00 : 00

Initials of Preparer   CMJ

---

[1] The Court DENIES defendant William Webb's "Response and Request for Dismissal," Dkt. No. 6, as moot.